# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-1665
LT Case No. 2020-DP-000147-A

———————————————

S.M., FATHER of M.M., a CHILD,

    Appellant,

    v.

DEPARTMENT of CHILDREN and
FAMILIES,

    Appellee.

———————————————

On appeal from the Circuit Court for Citrus County.
Richard A. Howard, Judge.

Keith Peterson, Law Offices of Peterson, P.A., Mulberry, for
Appellant.

Andrew Feigenbaum, of Children's Legal Services, Department
of Children and Families, West Palm Beach, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Blake Lynne Bruce, Senior Attorney, of Guardian ad Litem,
Tallahassee, for Guardian ad Litem Program.


October 16, 2024


PER CURIAM.

AFFIRMED.

EDWARDS, C.J., and WALLIS and BOATWRIGHT, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____